

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Walter Sloan v.
Village of Hickory Hills

07CV7038
**JUDGE DARRAH**
**MAG. JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Walter Sloan, plaintiff

| | |
|---|---|
| NAME (Type or print) | Marianne Hannigan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Marianne Hannigan |
| FIRM | Hannigan & Associates |
| STREET ADDRESS | 777 North Michigan Avenue No. 3009 |
| CITY/STATE/ZIP | Chicago IL 60611 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | IL ARDC 06203902 |
| TELEPHONE NUMBER | 312-649-3767 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X] NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ] NO [X] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL [ ] APPOINTED COUNSEL [ ] |

FILED
DEC 1 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT