

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SLOAN v. Village of Hickory Hills

Case Number: 07 C 7038

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WALTER SLOAN

| | |
|---|---|
| NAME (Type or print) | |
| M. Anne Hannigan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | **FILED** |
| s/ M. Anne Hannigan | JAN 23 2008 |
| FIRM | Jan 23, 2008 |
| Hannigan Law Firm | MICHAEL W. DOBBINS |
| STREET ADDRESS | CLERK, U.S. DISTRICT COURT |
| 777 North Michigan Avenue Suite 3009 | |
| CITY/STATE/ZIP | |
| Chicago IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| IL 06203902 | 312-649-3767 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☒    APPOINTED COUNSEL ☐ | |