0249.12269                              MAK/YMO                              FIRM I.D. 40738

## IN THE U.S. DISTRICT COURT FOR NORTHERN DISTRICT OF ILLINOIS
## CHICAGO ILLINOIS

| | |
|---|---|
| WALTER SLOAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v, | ) |
| | ) 07 C 7038 |
| VILLAGE OF HICKORY HILLS, ILLINOIS, | ) |
| a municipal corporation and, ALAN VODICKA, | ) |
| CHIEF OF POLICE VILLAGE OF HICKORY | ) |
| HILLS POLICE DEPARTMENT, | ) |
| JOSEPH ROSCETTI, Individually and in the | ) |
| capacity as a Police Officer for the | ) |
| VILLAGE OF HICKORY HILLS AND | ) |
| RYAN BAJT, individually and in the | ) |
| capacity as a Police Officer for the | ) |
| VILLAGE OF HICKORY HILLS. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADING

NOW COMES, Defendants VILLAGE OF HICKORY HILLS, ILLINOIS, a municipal corporation and, ALAN VODICKA, CHIEF OF POLICE VILLAGE OF HICKORY HILLS POLICE DEPARTMENT, JOSEPH ROSCETTI, Individually and in the capacity as a Police Officer for the VILLAGE OF HICKORY HILLS AND RYAN BAJT, individually and in the capacity as a Police Officer for the VILLAGE OF HICKORY HILLS, by and through their counsel, MERLO, KANOFSKY, BRINKMEIER, & GREGG, and for their Motion for an Extension of Time in which to file a Responsive Pleading to Plaintiffs Complaint, hereby state as follows:

1.  Despite this case having been filed in December of 2007, Plaintiff has only recently effectuated service upon the named defendants to this matter and counsel

has only recently had an opportunity to meet with the various defendants to discuss the case.

2. Defendants have not yet forwarded all necessary documentation to allow counsel to prepare its responsive pleading to this complaint within the twenty (20) day limitation set by Federal Rules of Civil Procedure.

3. At this early stage, Defendants believe that they will be filing a Motion to Dismiss the Complaint, on several grounds and need time to research and prepare this motion.

4. Defendants request a short extension, to May 23, 2008 in which to prepare their responsive pleading.

5. Such an extension will not prejudice Plaintiff as the parties also need to conduct the Rule 26(f) conference in keeping with the requirements of this Court.

6. Additionally, the next status of this case is set for May 27, 2008, by which time Plaintiff will have had a chance to review the subject pleading and report to the Court.

WHEREFORE, Defendants respectfully request that this Court enter an order extending the time for filing a responsive pleading to May 23, 2008 and for whatever other relief this Court shall deem just and appropriate.

Respectfully submitted

s/ Yvonne M. O'Connor
Yvonne M. O'Connor
One of the Attorneys for all Defendants

Alan J. Brinkmeier
Yvonne M. O'Connor
MERLO, KANOFSKY, BRINKMEIER & GREGG
208 S. LaSalle, Suite 950
Chicago, IL 60604
Phone: 312-553-5500

2