0249.12269                          MAK/YMO                       FIRM I.D. 40738

## IN THE U.S. DISTRICT COURT FOR NORTHERN DISTRICT OF ILLINOIS
## CHICAGO ILLINOIS

| | |
|---|---|
| WALTER SLOAN, | ) |
| Plaintiff, | ) ) ) ) |
| v, | ) ) 07 C 7038 |
| VILLAGE OF HICKORY HILLS, ILLINOIS, a municipal corporation and, ALAN VODICKA, CHIEF OF POLICE VILLAGE OF HICKORY HILLS POLICE DEPARTMENT, JOSEPH ROSCETTI, Individually and in the capacity as a Police Officer for the VILLAGE OF HICKORYHILLS AND RYAN BAJT, individually and in the capacity as a Police Officer for the VILLAGE OF HICKORY HILLS. Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

### NOTICE OF MOTION FOR EXTENTION OF TIME
### TO FILE RESPONSIVE PLEADING

To:   Ms. Anne Hannigan, 777 N. Michigan Ave., Suite 3009, Chicago, IL 60611.

PLEASE TAKE NOTICE that on **May, 8 2008**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before Judge John Darrah in Room 1203 or any Judge sitting in his stead, in the Courtroom usually occupied by him in the U.S. District Court for Northern District of Illinois, and then and there present the Defendant, VILLAGE OF HICKORY HILLS **Motion for Extension of Time to File Responsive Pleading**, a copy of which is attached hereto.

Alan J. Brinkmeier
Yvonne M. O'Connor
Attorney for Defendant- Village of Hickory Hills, Illinois
MERLO KANOFSKY BRINKMEIER & GREGG Ltd
208 South LaSalle Street, Suite 950
Chicago, Illinois 60604
Phone No: (312) 553-5500
Firm No: 40738

### PROOF OF SERVICE

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that a copy of this Notice and the Motion for Extension to File Responsive Pleading by mailing a copy thereof, with proper postage affixed and depositing same in the Unites States Mail Chute located at 208 South LaSalle Street, Chicago, Illinois 60604 on May 2, 2008.

Signed and Certified by: _Natalie L. Wilson_
Natalie L. Wilson