U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 07 C 7038
WALTER SLOAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VILLAGE OF HICKORY HILLS, ILLINOIS, a municipal corporation and, and ALAN VODICKA, CHIEF OF POLICE VILLAGE OF HICKORY HILLS POLICE DEPARTMENT, JOSEPH ROSCETTI, individually and in the capacity as a Police Officer for the VILLAGE OF HICKORY HILLS AND RYAN BAJT, individually and in the capacity as a Police Officer for the VILLAGE OF HICKORY HILLS.

| NAME (Type or print) |
|---|
| Alan J. Brinkmeier |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Alan J. Brinkmeier |
| FIRM |
| Merlo, Kanofsky, Brinkmeier & Gregg Ltd. |
| STREET ADDRESS |
| 208 South LaSalle Street |
| CITY/STATE/ZIP |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6187198 | 312-683-7172 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |