AO 440 (Rev. 05/00) Summons in a Civil Action

MHH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WAlter SLOAn

v.

Village of Hickory Hills

CASE NUMBER: 07 C 7038

ASSIGNED JUDGE: John W. Darrah

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Alan Vodicka
Police Chief Hickory Hills Police Dept
8800 West 87th street
Hickory Hills, Illinois 60457

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. Anne Hannigan
Attorney at Law
777 N. Michigan Avenue Suite 3009
Chicago, Illinois 60611

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_Travis Bromwell_
(By) DEPUTY CLERK

DATE: APR 09 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4/11/08 |
| NAME OF SERVER (PRINT) M. Anne Hannigan | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __Certified Mail Return Receipt Requested__

**FILED**
MAY 23 2008 TC
5-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __4/11/08__  _[signature] M. Anne Hannigan_
Date  Signature of Server

__777 N. Michigan Avenue 3009__
Address of Server
__Chicago IL 60611__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alan Vodicka
   Hick Hills Police
   8800 W. 87TH St
   Hickory Hills IL 60457

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signature]  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Receptionist    C. Date of Delivery: 4/11/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 3020 0001 6582 0328

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Stamp: RETURN RECEIPT REQUESTED