*MHN*

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WAlTer SLOAN

V.

Village of Hickory Hills

CASE NUMBER: 07 C 7038

ASSIGNED JUDGE: John W. Darrah

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Joseph Roscetti
9009 Barberry Lane
Hickory Hills, Illinois 60457-1211

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. Anne Hannigan
Attorney at Law
777 N. Michigan Avenue Suite 3009
Chicago, Illinois   60611

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR 0 9 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4/11/08 |
|---|---|
| NAME OF SERVER (PRINT) M. Anne Hannigan | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

G   Other (specify): _____

_____

**FILED**
**5-23-2008**
MAY 2 3 2008   T C

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/11/08 _____
       Date       Signature of Server

777 N. Michigan Ave. 3009
Address of Server
Chicago IL 60611

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joseph Roscetti
9009 Barberry Lane
Hickary Hills IL
60457-1211

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by ( Printed Name)
Receptionist

C. Date of Delivery
4/11/08

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

8800 W. 87 Street
Hickory Hills Police Dept

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7007 3020 0001 6582 0298

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540