## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7038 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Walter Sloan vs. Village of Hickory Hills | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss [17] is entered and briefed as follows: response by 6/26/08, reply by 7/10/08. Status hearing set for 8/27/08 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|