0249.12269                                                                                    AJB/YMO

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| WALTER SLOAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | 1:07-CV-7038 |
| VILLAGE OF HICKORY HILLS, ILLINOIS, ) | |
| a municipal corporation and, ALAN VODICKA, ) | Judge John Darrah |
| CHIEF OF POLICE VILLAGE OF HICKORY ) | Magistrate Mason |
| HILLS POLICE DEPARTMENT, ) | |
| JOSEPH ROSCETTI, Individually and in the ) | |
| capacity as a Police Officer for the ) | |
| VILLAGE OF HICKORY HILLS AND ) | |
| RYAN BAJT, individually and in the ) | |
| capacity as a Police Officer for the ) | |
| VILLAGE OF HICKORY HILLS. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

To:   Ms. Anne Hannigan
      777 N. Michigan Ave.
      Suite 3009
      Chicago, IL 60611

     **PLEASE TAKE NOTICE** that on **July 10, 2008,** we have electronically filed with the United States District Court, Northern District of Illinois-Eastern Division, **DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS COUNTS I, II AND IV PURSUANT TO 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE,** a copy of which is attached hereto..

                                                                         s/Alan J. Brinkmeier
                                                                         Alan J. Brinkmeier

Alan J. Brinkmeier
Yvonne M. O'Connor
Attorney for Defendant- City of Hickory Hills, Illinois
MERLO KANOFSKY BRINKMEIER & GREGG Ltd
208 South LaSalle Street, Suite 950
Chicago, Illinois  60604
Phone No: (312) 553-5500

## CERTIFICATE OF SERVICE

To:   Ms. Anne Hannigan
       777 N. Michigan Ave.
       Suite 3009
       Chicago, IL 60611

       I hereby certify that on **July 10, 2008**, a copy of the foregoing **DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS COUNTS I, II AND IV PURSUANT TO 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                            s/Alan J. Brinkmeier
                                            Alan J. Brinkmeier