UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER SLOAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7038 |
| | ) | |
| vs. | ) | Judge Darrah |
| | ) | Magistrate Judge Mason |
| CITY OF HICKORY HILLS, | ) | |
| ALAN VODICKA, in his official | ) | |
| capacity as Hickory Hills Chief of Police, | ) | |
| Hickory Hills Police Officers | ) | |
| JOSEPH ROSCETTI, and | ) | Jury Demand |
| RYAN BAJT, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**  Alan J. Brinkmeier, Yvonne M. O'Connor      M. Anne Hannigan
Merlo Kanofsky Brinkmeier & Gregg Ltd      Law Offices of M Anne Hannigan
208 South LaSalle Street, Suite 950      777 North Michigan Avenue, Suite 3009
Chicago, Illinois 60604      Chicago, Illinois 60611

**PLEASE TAKE NOTICE** that at 9:00 a.m., on Wednesday, August 27, 2008, or as soon thereafter as counsel may be heard, I shall appear before Honorable Darrah, or any judge sitting in his stead, in courtroom 1203 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, and present the accompanying **Plaintiff's Motion For Leave to File Additional Appearance and to File *Instanter* Plaintiff's First Amended the Complaint.**

## CERTIFICATE OF SERVICE

I, Lawrence V. Jackowiak, certify that on Wednesday, August 20, 2008, this notice and the above-described motion were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

/s/ Lawrence V. Jackowiak
*Counsel for the Plaintiff*

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595