Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7038 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Walter Sloan vs. Village of Hickory Hills, et. al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, Counts I and I of Sloan's complaint are dismissed with prejudice. Count IV is dismissed. However, Sloan is given leave to file an amended complaint as to Count IV within 30 days from the date of this order. Enter Memorandum Opinion and Order. Status hearing set for 9/18/08 at 9:00 a.m. Plaintiff's motion for leave to file an additional appearance is granted and to file instanter plaintiff's first amended complaint is withdrawn without prejudice with leave to re-file [27].

■ [ For further detail see separate order(s).]

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|