0249.12269                                                                                                         AJB/YMO

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| WALTER SLOAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | 1:07-CV-7038 |
| CITY OF HICKORY HILLS, ALAN VODICKA, ) | Judge John Darrah |
| In his official capacity as Hickory Hills Chief of ) | Magistrate Judge Mason |
| Police, Hickory Hills Police Officers, ) | |
| JOSEPH ROSCETTI, and RYAN BAJT ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF CHANGE OF ADDRESS

To:   Ms. Anne Hannigan              Lawrence V. Jackowiak
      777 N. Michigan Ave.           Louis J. Meyer
      Suite 3009                     Daniel P. Kiss
      Chicago, IL 60611              Law Office of Lawrence V. Jackowiak
                                     20 N. Clark Street, Suite 1700
                                     Chicago, IL  60602

The law firm of MERLO KANOFSKY BRINKMEIER & GREGG Ltd. has changed suite numbers to suite 1750 effective September 22, 2008.  Please amend your service list to reflect the change of the law firm's suite number.  The law firm's street address, telephone numbers, facsimile numbers, e-mail addresses and web site remains unchanged.

                                    Respectfully submitted

                                    /s/ Alan J. Brinkmeier
                                    /s/ Yvonne M. O'Connor
                                    Alan J. Brinkmeier and
                                    Yvonne M. O'Connor
                                    Attorneys for the Defendants

Alan J. Brinkmeier
Yvonne M. O'Connor
MERLO KANOFSKY BRINKMEIER & GREGG Ltd.
208 South LaSalle Street
Suite 1750
Chicago, IL 60604
Phone: 312-553-5500

## CERTIFICATE OF SERVICE

To:  Ms. Anne Hannigan             Lawrence V. Jackowiak
     777 N. Michigan Ave.          Louis J. Meyer
     Suite 3009                    Daniel P. Kiss
     Chicago, IL 60611             Law Office of Lawrence V. Jackowiak
                                   20 N. Clark Street, Suite 1700
                                   Chicago, IL 60602

I hereby certify that on September 9, 2008, a copy of the foregoing NOTICE OF CHANGE OF ADDRESS was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Alan J. Brinkmeier
Alan J. Brinkmeier
Yvonne M. O'Connor
MERLO KANOFSKY BRINKMEIER & GREGG, LTD.
208 S. LaSalle Street, Suite 1750
Chicago, Illinois 60604
Tel No. (312)553-5500
Fax No. (312)553-1586

2